Henning E. Johnson, Appellee, v. Chicago City Bank and Trust Company et al., Defendants. Appeal of Chicago City Bank and Trust Company, Appellant.

Gen. No. 40,912. (Abstract of Decision.)

Heard in second division, first district, this court at October term, 1939; opinion filed May 28, 1940. Rathje, Hinckley, Barnard & Kulp, for appellant; Joseph J. Sullivan, Jr., of counsel; Victor Neumark and C. A. Caplow, for appellee. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''